
31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Tyrone HURT, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2007–5093.**

United States Court of Appeals, Federal Circuit.

April 27, 2007.

Tyrone Hurt, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Gloria Annette CHANEY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2007–5087.**

United States Court of Appeals, Federal Circuit.

April 30, 2007.

Gloria Annette Chaney, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John Robert DEMOS, Jr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2007–5088.**

United States Court of Appeals, Federal Circuit.

April 30, 2007.

John Robert Demos, Jr., pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Andrew D. TEMPELMAN, Plaintiff–Appellant,**

**and**

**Priscilla Tempelman, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2007–5090.

United States Court of Appeals, Federal Circuit.

April 30, 2007.

Andrew D. Tempelman, Priscilla Tempelman, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Thomas J. MILES, Sr., Petitioner,**

**v.**

**DEPARTMENT OF the NAVY, Respondent.**

No. 2007–3168.

United States Court of Appeals, Federal Circuit.

May 1, 2007.

Thomas J. Miles, Sr., pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.